**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20070-TP-MOORE/D'ANGELO**

UNITED STATES OF AMERICA,

vs.

LYRIC MIA NAZARIO,

     **Defendant.**

_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

**THIS CAUSE** is before the Court following the referral of this action to the undersigned Magistrate Judge to take all necessary and proper action as required by law with respect to any and all violations of Supervised Release as to Defendant Lyric Mia Nazario ("Defendant") (DE 12).

A Petition for Warrant or Summons for Offender Under Supervision ("Petition"), detailing two alleged violations of Defendant's Supervised Release, was submitted to the Court on March 16, 2026, and a summons subsequently issued (DE 3, 4). Defendant made her initial appearance on March 30, 2026 and was released on a bond (DE 7, 9).

The Court held a status conference in this matter on April 28, 2026, at which Defendant announced that she admits to violations one and two in the Petition. The Court placed Defendant under oath, and after a brief colloquy, the Court determined that Defendant is fully competent and capable of making an informed decision and that her admission to violations one and two is knowing and voluntary. Defendant was advised that the maximum penalty she faces for these violations is twenty (20) years' imprisonment. Defendant acknowledged that she understands the maximum penalty. Defendant acknowledged that she understands her right to an evidentiary hearing on the violations in the Petition and all rights associated with a hearing. Defendant

acknowledged that if her admission to violations one and two is accepted, all that will remain is a sentencing hearing to determine the final disposition.

That same day, Defendant filed a Notice of Admission (DE 14).  In the Notice, Defendant stated that she admits to violations one and two in the Petition (*id.*).  Based on the foregoing, the undersigned respectfully recommends that the Court set the matter for a final revocation hearing and sentencing and accept Defendant's admission of guilt to violations one and two, as set forth in the Petition.

The Parties will have fourteen (14) days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge.  Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Report and Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and  legal conclusions."  11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida on this 28th day of April, 2026.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:	All Counsel of Record

2